# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVID PILL, Individually and on Behalf of All
Other Similarly Situated,

    Plaintiff,

V.                                                              CASE NO. 19-10181
                                                             HON. LINDA V. PARKER

MBT FINANCIAL CORP, et al

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 31] on February 19, 2019; Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE** as to Plaintiff only, **AND WITHOUT PREJUDICE** as to Plaintiff's claims on behalf of the putative class in the action.

    **IT IS SO ORDERED**.

                                                              s/Linda V. Parker
                                                              Linda V. Parker
                                                              United States District Judge

Dated:  February 19, 2019