UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER PAULI,

    Plaintiff,

V.                            CASE NO. 19-10181
                              HON. LINDA V. PARKER

MBT FINANCIAL CORP., et al,

    Defendants.
    _____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Stipulation of Dismissal Without Prejudice [ECF No. 35] on September 25, 2019; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS AND FEES**.

**IT IS SO ORDERED.**

                                            s/Linda V. Parker
                                            Linda V. Parker
                                            United States District Judge

Dated:  September 26, 2019